# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA  :

              CR. 14 - 130(PGS)

           :

   V.        :

              ORDER

           :

GARY THOMPSON

           :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 18th, day of March 2014,

O R D E R E D that Federal Public Defender Linda Foster, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

              _____

              PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
   Federal Public Defender